IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-718-CV





LARRY TAIT,



 APPELLANT


vs.





ZIA TECHNOLOGY, INC.,



 APPELLEE



 




FROM THE DISTRICT COURT OF LEE COUNTY, 335TH JUDICIAL DISTRICT



NO. 10,037, HONORABLE H. R. TOWSLEE, JUDGE PRESIDING



 





PER CURIAM


 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed: January 11, 1995

Do Not Publish